# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVIVSION

CLAYTON M. JACKSON                                              PLAINTIFF
ADC #099718C

v.                          No. 3:21-cv-42-DPM-BD

WAYLON LOGSDON, Deputy,
U.S. Marshals Service; ROBERT
JEREMY HAMMONS, Deputy,
U.S. Marshals Service; COURTNEY
GARNER, Federal Transport Officer,
Greene County Jail; and BRENT
COX, Administrator, Greene County
Detention Center                                                DEFENDANTS

## ORDER

Jackson is in the custody of the United States Marshals Service at the Greene County Detention Center. He's awaiting sentencing by Judge Susan Webber Wright in Case No. 4:20-cr-160-SWW. In this case, Jackson challenges his conditions of confinement. His verified complaint pleads § 1983 claims against two Greene County officers and *Bivens* claims against Deputy United States Marshals Waylon Logsdon[*] and Jeremy Hammons. Jackson pleads that these Deputy Marshals are the root cause of his mistreatment. Because of my close working

---

[*] The Court directs the Clerk to correct the spelling of D.U.S.M. Logsdon's name on the docket.

relationship with Deputy Marshal Logsdon, my impartiality could reasonably be questioned. 28 U.S.C. § 455(a). I recuse. The Clerk of Court must reassign this case at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 March 2021