IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLAYTON M JACKSON**                                                          **PLAINTIFF**
Reg #02682-509

V.                              CASE NO. 3:21-CV-42-BSM-BD

**WAYLON LOGSDON**, *et al.*                                                   **DEFENDANTS**

## ORDER

    Plaintiff Clayton Jackson, a federal criminal defendant, filed this civil rights case on February 22, 2021, under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). (Doc. No. 2) Because Mr. Jackson is suing two United States Deputy Marshals who serve in this district, I decline to participate as a judge in this case. I hereby recuse.

    IT IS SO ORDERED, this 4th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE