IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLAYTON M JACKSON**                                                                              **PLAINTIFF**
Reg #02682-509

V.                              CASE NO. 3:21-CV-42-BSM

**WAYLON LOGSDON**, *et al.*                                                              **DEFENDANTS**

## ORDER OF RECUSAL

Nothing about plaintiff's allegations lead me to believe that I would be conflicted in any way if I were to keep this case. The only concern I have is that plaintiff or defendants may question my neutrality if the case is resolved against them, thus claiming that there is an appearance of a conflict of interest. Although I am not convinced that anyone would believe this assertion, out of caution, I will recuse to prevent any appearance of a conflict of interest. The clerk is directed to randomly reassign this case.

IT IS SO ORDERED this 4th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE