# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CLAYTON M. JACKSON,                                                                           PLAINTIFF
REG. #02682-509

v.                                              3:21CV00042-BRW-JTK

WAYLON LOGSDON, et al.                                                                      DEFENDANTS

## ORDER

Plaintiff names as Defendants two Deputy United States Marshals with whom I have a working relationship. To maintain an appearance of impropriety and avoid the appearance of a conflict of interest, I also will recuse from this matter. The Clerk is directed to reassign the referral in this case.

IT IS SO ORDERED this 5th day of March, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE