**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CLAYTON M. JACKSON**                                                       **PLAINTIFF**
**REG.  #02682-509**

**VS.**                                          **3:21-CV-00042-BRW**

**WAYLON LOGSDON,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of May, 2021.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE